IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Hoffer, | NO. C 01-20731 JW |
|         Plaintiff,<br>   v.<br>Microsoft Corp., et al.,<br>        Defendants. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On June 10, 2005, the Ninth Circuit affirmed in part and reversed in part the Court's order granting Defendants' Motion for Summary Judgment. (Docket Item No. 350.) Since then, neither party have contacted the Court to advance this case. In light of the Ninth Circuit's mandate (Docket Item No. 351), the Court sets a Case Management Conference for **October 27, 2008 at 10 a.m.** On or before **October 17, 2008**, the parties shall meet and confer and file a Joint Case Management Statement. The Statement shall, among other things, bring the Court up to date with respect to what the parties have been doing since the mandate and the status of the case. If the case has not resolved, the parties shall provide a proposed schedule to bring this case to a close.

Dated: October 2, 2008

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Charles Kramer Verhoeven charlesverhoeven@quinnemanuel.com
Eric Lance Wesenberg ewesenberg@orrick.com
John Eichhorst jeichhorst@howardrice.com
John D. Vandenberg john.vandenberg@klarquist.com
Joseph T. Jakubek joseph.jakubek@klarquist.com
Robert William Stone robertstone@quinnemanuel.com
William Paul Schuck wpschuck@schiffhardin.com

Steven Hoffer
3827 Shasta Street, Suite B
San Diego, Ca 92109

**Dated:  October 2, 2008**  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**