IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven M. Hoffer, | NO. C 01-20731 JW |
|       Plaintiff,<br>  v.<br>Microsoft Corp., et al.,<br>      Defendants. | **ORDER ADMINISTRATIVELY CLOSING CASE; VACATING CASE MANAGEMENT CONFERENCE** |

On October 2, 2008, the Court issued an Order directing the parties to appear for a case management conference on **October 27, 2008**. (Docket Item No. 359.) The Court's expressed purpose in scheduling this case management conference was to ascertain the status of this case in light of a June 14, 2005 Mandate ("Mandate") of the United States Court of Appeals for the Federal Circuit, which reopened this case after it had previously been closed. (See Docket Item Nos. 350, 351.) Pursuant to the Court's October 2 Order, the parties timely filed a Joint Case Management Statement. (Docket Item No. 360.)

In light of the representations made by the parties in the Joint Case Management Statement, the Court finds that there are no actions for the Court to take in this case pursuant to the Federal Circuit's Mandate. Since the Mandate left no factual or legal issues for the Court to address, this case should be administratively closed.

1    Accordingly, Clerk shall close this case. The case management conference scheduled for
2    **October 27, 2008** is VACATED.

4    Dated: October 22, 2008

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Charles Kramer Verhoeven charlesverhoeven@quinnemanuel.com
Eric Lance Wesenberg ewesenberg@orrick.com
John Eichhorst jeichhorst@howardrice.com
John D. Vandenberg john.vandenberg@klarquist.com
Joseph T. Jakubek joseph.jakubek@klarquist.com
Robert William Stone robertstone@quinnemanuel.com
William Paul Schuck wpschuck@schiffhardin.com

Steven Hoffer
3827 Shasta Street, Suite B
San Diego, Ca 92109

**Dated:  October 22, 2008**                                  **Richard W. Wieking, Clerk**

                                                              **By:     /s/ JW Chambers            **
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**

United States District Court
For the Northern District of California